QUIN DENVIR, Bar #49374
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRYSTAL COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-342 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING HEARING |
| v. ) | |
| ) | |
| CRYSTAL COOPER, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter was before the court on September 13, 2005 for status hearing. The government was represented by its counsel, Jason Hitt, Assistant United States Attorney, appearing on behalf of Matthew Stegman, and the defendant was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender.

Defense counsel advised the Court that he has received the government's proposed plea agreement and needs additional time to review the documents.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to October 12, 2005

1  at 9:30 a.m. for further Status Conference.
2      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
3  (iv) and Local Code T4, the period from September 13, 2005 to
4  October 12, 2005 is excluded from the time computations required by the
5  Speedy Trial Act due to ongoing preparation of counsel.
6  Dated: October 3, 2005

```
                                /s/Lawrence K.Karlton
                                HONORABLE LAWRENCE K. KARLTON
                                Senior Judge, U.S. District Court
```

Order Following Hearing                 2